No. 220. SCOTTISH AMERICAN INVESTMENT CO., LTD. *v.* COMMISSIONER OF INTERNAL REVENUE;

No. 221. BRITISH ASSETS TRUST, LTD. *v.* COMMISSIONER OF INTERNAL REVENUE; and

No. 222. SECOND BRITISH ASSETS TRUST, LTD. *v.* COMMISSIONER OF INTERNAL REVENUE. October 9, 1944. Petition for writs of certiorari to the Circuit Court of Appeals for the Third Circuit granted. *Mr. Marion N. Fisher* for petitioners. *Solicitor General Fahy, Assistant Attorney General Samuel O. Clark, Jr., Messrs. Sewall Key, J. Louis Monarch,* and *Miss Helen Goodner* for respondent.

No. 263. FIDELITY-PHILADELPHIA TRUST CO. ET AL., EXECUTORS, *v.* ROTHENSIES, COLLECTOR OF INTERNAL REVENUE. October 9, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit granted limited to the question whether the entire value of the corpus of the trust at the time of decedent's death should be included in the decedent's gross estate. *Mr. C. Russell Phillips* for petitioners. *Solicitor General Fahy, Assistant Attorney General Samuel O. Clark, Jr.,* and *Messrs. Sewall Key, Robert N. Anderson,* and *Hilbert P. Zarky* for respondent.